```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 26878
   TIKEDRA THOMAS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4385


-------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 10/07/2008 and was not confirmed.

    The case was dismissed without confirmation 01/21/2009.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
HONOR FINANCE            SECURED VEHIC     2714.00           .00            .00
VILLAGE OF MATTESON WATE SECURED            600.00           .00            .00
VILLAGE OF MATTESON WATE UNSECURED        NOT FILED          .00            .00
FIRST NATIONAL BANK OF P UNSECURED          968.33           .00            .00
SPRINT PC                UNSECURED        NOT FILED          .00            .00
GARY SANITARY DISTRICT   UNSECURED          169.40           .00            .00
CITY OF CHICAGO PARKING  UNSECURED        NOT FILED          .00            .00
COMCAST/CHICAGO          UNSECURED        NOT FILED          .00            .00
AT&T BROADBAND           UNSECURED        NOT FILED          .00            .00
ECHO                     UNSECURED        NOT FILED          .00            .00
ECHO                     UNSECURED        NOT FILED          .00            .00
SPRINT PCS               UNSECURED          706.12           .00            .00
HARRIS & HARRIS          UNSECURED        NOT FILED          .00            .00
HAMOT HEALTH FOUNDATION  UNSECURED        NOT FILED          .00            .00
SILVER CROSS HOSPITAL    UNSECURED        NOT FILED          .00            .00
PROVENA ST JOSEPH MED CT UNSECURED        NOT FILED          .00            .00
PROVENA ST JOSEPH MED CT UNSECURED        NOT FILED          .00            .00
FV 1 INC                 UNSECURED        NOT FILED          .00            .00
SILVER CROSS HOSPITAL    UNSECURED        NOT FILED          .00            .00
10 NATIONAL FUEL GAS     UNSECURED        NOT FILED          .00            .00
RMI/MCSI                 UNSECURED          750.00           .00            .00
MCI                      UNSECURED        NOT FILED          .00            .00
NIPSCO                   UNSECURED        NOT FILED          .00            .00
NIPSCO                   UNSECURED        NOT FILED          .00            .00
VERIZON PENNSYLVANIA 1   UNSECURED        NOT FILED          .00            .00
AES/PHEAA                UNSECURED             .00           .00            .00
XLS EFR                  UNSECURED             .00           .00            .00
COMMONWEALTH EDISON      UNSECURED          552.58           .00            .00
PRA RECEIVABLES MGMT     UNSECURED          695.41           .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       2,474.00                         .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 26878 TIKEDRA THOMAS
```

```
                              RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                            .00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00
DEBTOR REFUND                                               .00
                              ---------------    ---------------
TOTALS                             .00                      .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/05/09         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE